IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FEDERAL HOME LOAN
MORTGAGE CORP., c/o McCalla
Raymer,

   Plaintiff,

    v.

NEILEEN LIPAI,

   Defendant.

CIVIL ACTION FILE
NO. 1:11-CV-2386-TWT

## ORDER

This is a dispossessory action wrongfully removed to this Court. It is before the Court on the Report and Recommendation [Doc. 2] of the Magistrate Judge recommending remanding the case to the Magistrate Court of Rockdale County. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is REMANDED to the Magistrate Court of Rockdale County.

SO ORDERED, this 21 day of September, 2011.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\11\Federal Home Loan Mortgage Corp\r&r.wpd